US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

07-339

1- PLAINTIFF # IVAN MENDEZ
2- CASE NUMBER # 318-2001
3- DEFENDANTS # THIS CRIMINAL ORGANIZATION
4- MOTION TO PROCEED IN FORMA PAUPERIS
5- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT
6- SIGNATURE # IVAN MENDEZ
7- PRINTED NAME # IVAN MENDEZ
8- ADDRESS # DCC, 1181 PADDOCK RD., SMYRNA DE. 19977
9- HOME PHONE NUMBER # N/A
10- BUSSINES PHONE NUMBER # N/A
11- CERTIFICATE OF SERVICE #
12- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 05/23/07
13- TO # U.S. DISTRICT COURT
14- NAME # U.S. DISTRICT COURT
15- ADDRESS # 350 S. MAIN ST., SUITE # 120, SALT LAKE CITY UTAH, 84101
16- NAME # U.S. COURT OF APPEALS
17- ADDRESS # 717 MADISON PLACE, N.W., WASHINGTON D.C., 20439
18- SIGNATURE # IVAN MENDEZ
19- POINTS AND AUTHORITIES
20- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY TO SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORM LETTERS FROM YOU, WASHINGTON DC, DELAWARE AND PENSYLVANIA.
21- SIGNATURE # IVAN MENDEZ

05/23/07
Two

U.S. DISTRICT OF DELAWARE
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

—07-339—

1. PLAINTIFF # IVAN MENDEZ
2. CASE NUMBER # 318-2001
3. DEFENDANTS # THIS CRIMINAL ORGANIZATION
4. I AM THE PLAINTIFF UNDER 28 USC 1915, I'M UNABLE TO PAY THE COSTS OF THIS COMPLAINT
5. ARE YOU CURRENTLY INCARCERATED # [YES]  NO
6. IF YES GIVE THE PLACE OF YOUR INCARCERATION # S.C.I IN GEORGETOWN DE.
7. ARE YOU EMPLOYED AT THE INSTITUTION # YES  [NO]
8. DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION # YES  [NO]
9. ARE YOU CURRENTLY EMPLOYED # YES [NO]
10. NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805
11. TOTAL MONTHLY AMOUNT OF SALARY # $1,600 OR 2000
12. DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
13. TOTAL AMOUNT OF SALARY LAST RECEIVED # $1,600 OR 2000
14. HAVEN YOU RECEIVED ANY MONEYS WITHIN THE LAST 12 MONTHS # YES [NO]
15. IF YES DESCRIBE EACH SOURCE OF MONEY #
16. DO YOU HAVE CASH CHECKINGS OR SAVINGS ACCOUNT # YES [NO]
17. IF YES STATE THE TOTAL AMOUNT #
18. DO YOU OWN ANY VALUABLE PROPERTY # YES [NO]
19. IF YES DESCRIBE THE PROPERTY AND HIS VALUE. #
20. LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY LOVELY FAMILY AND SOME RELATIVES
21. I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
22. DATE # 05/23/07
23. SIGNATURE # IVAN MENDEZ

CASE 318-2001
PAGE NUMBER II OF NINE PAGES 318-2001

General Request Form

Blog #: S.H.U #18
Cell #: BL-3

This are the forms that I need #
(42 USC 1983) Twenty civil rights complaints forms
(28 USC 2254) Twenty habeas corpus petitions forms
(28 USC 2255) Twenty motions to vacate, set aside or correct sentences forms.
(IHS 200), Twenty requests for medical records forms.
(Twenty applications in forma pauperis forms)
(Twenty applications without prepayments of fees forms)
(All the paper, ink pens, and envelopes that you may want to donate to me).

"Thank's and God bless you"

Name # Ivan Mendez         S.B.I Number # 453331         Date # 05/23/07
Date Received #              Pay to log #
Date Sent #                  Staff initials #

Staff Notes #

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

05/23/07
Twell

TO # MRS. TONYA SMITH
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/23/07

FROM # IVAN MENDEZ
INMATE'S NAME

453351
S.B.I #

——— I HEREBY CERTIFY ———

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (a)(2)
EFFECTIVE APRIL 26. 1996. I'M REQUESTING A CERTIFIED STATEMENT OF MY INST TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE

28 USC 1746 AND 18 USC 1621

(PAGE NUMBER III OF NINE PAGES) 3TH-2001
Plus
Ones