ZIM MORRISON

(PAGE NUMBER #I OF NINE PAGES) 318-2001

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC. 1983

05/23/07
DATE

- 07 - 339 -

FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP
Scanned

1. PLAINTIFF # IVAN MENDEZ
2. S.B.I NUMBER # 453351
3. ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
4. CASE NUMBER # 318 - 2001
5. DEFENDANTS # THIS CRIMINAL ORGANIZATION
6. LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # U.S. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, BEING [illegible] WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
7. IS THERE A PRISONER GRIEVANCE # (YES) NO
8. HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO
9. WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
10. WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.
11. NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION
12. EMPLOYED AS A # AS YOU KNOW IT TOO, THEIR JOBS AND POSITIONS
13. ADDRESS # AS YOU KNOW IT TOO THE ADDRESSES
14. STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE U.S. DISTRICT COURT AS YOU KNOW IT TOO ALL THE GROUNDS AND FACTS, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND AS YOU KNOW IT TOO FACTS LIKE HOW THE VICTIM WAS BEATED UP AND RAPED BY HER MOTHER'S BOYFRIEND TWO DAYS BEFORE ON 12/19/00, OR HOW THE VICTIM CHANGED HER STATEMENT SAYING THAT THE SUSPECT WAS NOT MORE A WHITE MALE WITH A THICK BLACK MUSTACHE, AND LONG COLLAR HAIR, THAT NOW IT WAS AN SPANISH MALE WITH AN ACCENT AND BUSHY GOATEE AND SHORT HAIR, OR HOW MS. BARBARA SAVED MY LIFE ON THE SECOND ATTEMPT TO COMMIT SUICIDE BY INVESTIGATING WITH THE MAIN WITNESSES, THE WORKERS AT THE EXXON STORE, WHOM CONFIRMED TO HER MY INNOCENCE, AS YOU KNOW IT TOO THAT ON THE FIRST ATTEMPT I CUT MY WRISTS, AND AS YOU KNOW IT TOO EVERYTHING, AND ONCE AGAIN I SEND YOU SOME COPIES OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AS YOU KNOW IT TOO ALL ABOUT IT AND I'M SENDING YOU THE NUMBERS OF MY LATEST TRANSACTIONS AND THE RESULTS, WHICH IN MATTER OF FACT IT HAPPENED AS I HAVE TOLD YOU TO YOU TOO, IS GOING TO HAPPENED, JUST AS ALWAYS AS YOU KNOW IT TOO, SO HERE THEY ARE # MENDEZ VS. THE CRIMINAL ORGANIZATION, 2:07-CV-1028, WHICH ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION THE U.S. DISTRICT COURT OF PENSYLVANIA, SHUT IT DOWN SAYING IN A COLD BLOOD AS ALWAYS, THAT I HAVE FAILED TO COMPLY WITH

(PLEASE HONORABLE U.S. DISTRICT COURT, TURN THIS FORM TO THE OTHER SIDE)

THE FILLING FEE REQUIREMENTS OF THE 28 USC 1915, REALLY COLD BLOODED AND ALSO OUR HONORABLE MASTER MR. RICHARD K. STOKES IS DENYING THE BIBLE STUDIES CERTIFICATES SENDT IT TO HIM, AS YOU KNOW IT TOO, AND HIS DENIAL IS ON A LETTER DATED 04/13/07, AND ALSO OUR LADY MS. RUTH M. SMYTHE, HAVE ANSWERED ME AFTER YEARS WAITING FOR HER RESPONSE AS YOU KNOW IT TOO, AND IS DENYING TO ME THE INFORMATION REQUIRED FROM HER, AS YOU KNOW IT TOO SUCH INFORMATION, THEY SAITH IN A REALLY COLD BLOOD THAT THEIR POLICY IS TO RETAIN A FILE FOR ONLY THREE YEARS, I WONDER IF THEY REFERED THEMSELVES TO THE VIDEO TAPES AND BIBLE STUDIES CERTIFICATES ALSO, AS YOU KNOW IT TOO, AND THIS ARE THE TRANSACTIONS IN UTAH STATE FOR ALL OF MY DISABILITIES AS YOU KNOW IT TOO, MENDEZ VS. DOE, 1:07-CV-20, MENDEZ VS. DOE, 2:07-CV-200, MENDEZ VS. DOE, 2:07-CV-201, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

15.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE US. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION, AND LATELY I HAVE A COUPLE EXTRA ENVELOPES AND PAPER SHEETS THANK'S TO SOME COUNTED PEOPLE, AND ALSO SOME FOOD SOMETIMES, AND ALSO I'M EATING SOME SCRUMBS FROM THE LEFT OVERS THEY FEED ME WITH, THANK'S TO THE GOOD HEARTS OF SOME GENEROUS OFFICERS, SO I'LL BE WAITING FOR YOUR RESPONSE.

16.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

17.- DATE # 05/23/07

18.- SIGNATURE # JUAN MENDEZ

METALLICA

PAGE NUMBER IV OF NINE PAGES) SIR-2001

EXHIBIT A

05/23/07

FOUR

...ARGE # (CRIMINAL IMPERSONATION).

...O WIT # IVAN L. MENDEZ, ON 12/25/00, DID KNOWINGLY AND UNLAWFULLY PRETEND TO BE TONY RENE DIAZ, WITH THE INTENT TO OBTAIN A BENEFIT FROM ANOTHER PERSON.

EXHIBIT A

...ARGE # (ROBBERY FIRST DEGREE).

...WIT # IVAN L. MENDEZ ON 12/21/00, DID WHEN IN THE COURSE OF COMMITTING THEFT, USE FORCE UPON LATISHA M. REED, WITH INTENT TO COMPEL LATISHA M. REED TO DELIVER UP PROPERTY CONSISTING OF U.S.C AND WHEN IN THE COURSE OF THE COMMISSION OF THE CRIME OR THE IMMEDIATE FLIGHT THEREFROM, HE CAUSED PHYSICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIME.

...GE # (POSSESSION OF A DEADLY WEAPON).

...IT # IVAN L. MENDEZ, ON 12/21/00, DID KNOWINGLY POSSES A DEADLY WEAPON DURING THE COMMISSION OF A FELONY BY POSSESSING ILLEGAL CUTTING INSTRUMENT, A DEADLY WEAPON DURING THE COMMISSION OF ROBBERY 1ST.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

...# MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180).

...12/25/00, AT 17:35 HOURS ON US# 13 I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND LEFT LANE, THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS AND A DARK BUSHY MUSTACHE WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING) WHICH OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ, WAS TRANSPORTED BACK TO GEORGETOWN P.D, WHERE HE WAS QUESTIONED BY DET. GROSE. DURING THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

...# MALE) (RACE # WHITE) (HAIR # BLACK) (WEIGHT # 180).

...THE VICTIM ADVISED SHE HAD JUST BEEN STABBED BY A WHITE MALE SUSPECT, (4). THE VICTIM COULD ONLY DESCRIBE THE SUSPECT AS A WHITE MALE, WITH A THICK BLACK MUSTACHE AND WEARING A ...HAT, (5). THE VICTIM ADVISED SHE SMELLED AN ODOR OF ALCOHOLIC BEVERAGES ON THE SUSPECT'S BREATH (6). THE SUSPECT APPROACHED HER FROM BEHIND THE EXXON (7). THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER NOT TO SAY ANYTHING AND SHE WOULDN'T GET HURT, HE THEN STATED GIVE ME YOUR MONEY HE THEN STRUCK HER IN THE LOWER LEFT SIDE ...R BACK (8). THE VICTIM STATED THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER (9). THE SUSPECT THEN PUNCHED HER IN THE FACIAL AREA CAUSING A BLACK EYE TO HER RIGHT EYE ...K HER MONEY AND FLED BEHIND THE EXXON.

EXHIBIT B STATEMENT OF PROBABLE CAUSE (CONTINUED)

... W/2 PAT BROCKWAY, OBSERVED THE SUSPECT WALK FROM BEHIND THE EXXON AND APPROACH THE VICTIM, W/2 PAT BROCKWAY, DON'T OBSERVED THE SUSPECT ATTACK THE VICTIM, W/2 PAT BROCKWAY, DE...D THE SUSPECT AS A WHITE MALE, DARK BLUE OR BLACK JACKET WEARING BLUE JEANS (13). ON 12/25/00, AT 17:33 HOURS W/7 NAAR OBSERVED A SUSPECT THAT MATCHED THE DESCRIPTION OF THE SUS... WALKING N/B ON US 113., (14). W/7 STOPPED THE SUSPECT THE SUSPECT WAS INTOXICATED AND TAKEN INTO CUSTODY BY W/7 NAAR, FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND ...L TRAFFIC CHARGES, THE NAME THE SUSPECT GAVE W/7 NAAR, WAS TONY RENE DIAZ (15). I WAS CALLED TO INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, (16). THE SUSPECT ...MIRANDIZED AND INTERVIEWED AT 15:00 HOURS ON 12/25/00, (17). THE SUSPECT ADVISED HE HAD NOT WORKED IN ABOUT A MONTH, HE STATED HE CANNOT REMEMBER WHAT HAPPENED ON 12/21/00, BECAUSE HE ...INTOXICATED. DURING THE INTERVIEW HE REPEATEDLY STATED HE DID WHAT HE HAD TO DO TO SURVIVE, (19) ON 12/26/00 AT 9:45 HOURS, THE PHOTOLINE UP WAS SHOWN TO THE VICTIM, THE VICTIM PICKED THE ...GRAPH OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE VICTIM WAS THEN SHOWN A PHOTO OF THE SUSPECT'S CLOTHING AND ALSO POSITIVELY IDENTIFIED THE SUSPECT'S CLOTHING, (20). ON 12/26/00 AT 11:30, HO... W/2 PAT BROCKWAY, COULD NOT POSITIVELY IDENTIFIED THE SUSPECT'S FACE, BUT, IDENTIFIED THE CLOTHING THE SUSPECT WAS WEARING AS THE SAME HE HAD ON 12/21/00, (21). ON THE SUSPECT ...VING AREA I FOUND A PAIR OF TOE NAIL CLIPPERS WITH A 2 INCHES KNIFE BLADE THIS LENGHT IS CONSISTENT WITH THE STAB WOUND TO THE VICTIM, (22). THE SUSPECT STATED HE LOST HIS I.D. ALONG ... HIS BLACK KNIT HAT, THE SUSPECT WAS DESCRIBED AS WEARING A BLACK KNIT HAT BY THE VICTIM (23). DURING THE INTERVIEW WITH THE SUSPECT HE THEN CHANGED HIS NAME TO IVAN L. ...DEZ

INITIAL CRIME REPORT

...T DATE AND TIME # (12/21/2000, 18:30). INCIDENT OVERVIEW # (SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON AND FORCEFULLY REMOVED U.S.C FROM THE VICTIM).

...M INFORMATION # (INJURIES # SEVERE LACERATION APPARENT MINOR INJURY), DESCRIPTION OF INJURIES # (2 1/2 INCHES DEEP BY 2 INCHES WIDE LACERATION LOWER LEFT BACK KIDNEY AREA BRUISES AND MINOR LACERATIONS FACIAL AREA AND FRONT OF HANDS).

...ECT DEFENDANT INFORMATION # (SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RESIDENT STATUS # UNKNOWN), (FACIAL HAIR # THICK MUSTACHE), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT).

...IES AND ASSOCIATED INFORMATION # (DESCRIPTION OF TYPE OF WEAPON USED # POCKET KNIFE).

(PLEASE TURN PAGE TO PAGE NUMBER

05/2/07
file

STATUS (Page Number of Nine Pages) 315-2001    SUPPLEMENTAL REPORT #1
(Final Victim Information # (Name # Latisha M. Reed)
(Final Suspect Defendant Information # (Sex # Male), (Race # White), (Ethnic Origin # Non-Hispanic), (Racial Hair # Thick Mustache), (Resident Status # Non-Resident), (Without #180), (Build # Large)
(Final Suspect Defendant Information # (Sex # Male), (Race # White), (Ethnic Origin # Hispanic), (Resident Status # Non-Resident), (Without # Collar), (With # Illegal Cutting Instrument), (Suspect's Clothing Description #
Facial Hair # Thick Mustache), (Hair Color # Black), (Wave/Light # Collar), (Armed With # Illegal Cutting Instrument), (Suspect's Clothing Description #
Blue Jeans, Dark Black Jacket, Gray Hooded Sweatshirt, Black Nikes - Standing Short, Black Sneakers)
(Witness Information #, (Type # Witness), (Name # Near Name), (Sex # Male), (Race # White)
Investigative Narrative # On 12/25/00, at 17:30 hours, I was contacted by PFC What K. Near After responding to the suspect in question for charges related to him. I was advised that this
Subject Matched the Description From Arrest Report on 12/2/00. The subject gave Me name, Tony Reed Diaz. I responded to Georgetown P.D.
To Interview The Suspect.

SUPPLEMENTAL REPORT #2

(Final Victim Information # (Name # Reed, Latisha M.), (Sex # Female), (Race # White), (Ethnic Origin # Non-Hispanic)
(Final Suspect Defendant Information # (Sex # Male), (Race # White), (Ethnic Origin # Hispanic), (Skin Tone # Light), (Hair # Large), (Weight #180), (Racial Hair # Thick Mustache)
Investigative Narrative # I contacted the victim on the scene while she was (typing on the sidewalk). (Suspect's Clothing Description # Blue Jeans, Dark Hooded Sweatshirt, Black Nikes),
(Hair Length # Collar), (Chain Length # Collar). The victim stated to me the suspect lived with him. The victim stated that she did not know that the suspect was a white female. Upon my
investigation she stated that she don't get a very good look at him. The victim stated that the suspect said that she was caught
by surprise and cold, but did not fight back because of all members so quickly. The victim stated that she tried to walk away from the entrance to
the building but did not make it that far and was told she was hurt, the victim sat down on the S.E. corner of the building.

SUPPLEMENTAL REPORT #3

(Date and Time # (12/25/2000 17:35)
(Final Victim Information # (Name # Reed, Latisha M.)), (Defendant Query # Defendant Ran a Crime Reduction Check)
(Final Suspect Defendant Information # (Sex # Male), (Race # White), (Ethnic Origin # Non-Hispanic), (Resident Status # Non-Resident), (Skin Tone # Light), (Hair # Ear Too)), (Voice Speech # Accent)(Height # ▉▉▉),
(180), (Facial Hair # Thick Mustache), (Hair Color # Black), (Build # Average)
(With # Un-Armed), (Arrest Number # Sixteen), (Arrest Type # Warrant), (Suspect's Clothing # Dark Blue Jacket and Blue Jeans)
Mrs. Asa Association/Organization # (Sixteen), (Arrest # Adult Arrest 12/25/00)
Investigative Narrative # On 12/25/00 at 17:35 Web on U.S. 113, Observed a person walking north along the highway. Observed that the person was wearing a dark
jacket and blue jeans, and had a dark brown mustache. I recall description of the suspect in a robbery (Starbase), which occurred on 12/22/11
at Qualla, a crime previously caused our previous investigation. I knew myself as (Officer) and advised if we had been drinking, he replied yes. During Questioning
transported back to Georgetown P.D. and while he was questioned by Det., Please Bunny. The questioning that admitted to giving a false name without
identifying himself as Evan N. Miguez.

Statement of Witnesses
Statement of Victim 001 - Latisha M. Reed - Continued # (I tried to obtain more information from the victim at the hospital but she was medicated due to her injuries,
Statement of Witness 001 - Town S. Rodeoborn # (Toby Road Room said the victim was first questioned by him about the signs,
Out this complaint # The victim was first questioned cut into the exxon parking lot at 18:30 hours, It could not obtain any other detail as
Statement of Witness 002 - Mr. Brochum # (Mr. Brochum observed a white male walk off Green. The rear corner of the exxon and America, The victim, the victim
ran the suspect started talking, Mr. Brochum, Advised he did not see the suspect assault or rob the victim. Mr. Brochum described
the suspect as a white male, thin, blue jeans and black jacket he did not recall seeing a hat on the suspect or a mustache
Statement of Witness 003 - Edward R. Wilson (Edward Wilson, Observed the victim walking about the exxon lot on the exxon pump), and did not observe
Sank of Rosca of the Victim.
Statement of Witness 004 - Coastal Justice # (Det. Please, procured the victim's car.)

(Please Turn Page to Page Number)

05/23/07

SIX

(PAGE NUMBER VI OF NINE PAGES) 318-2001 MCGARVEY

STATEMENT OF WITNESS 005- MICHAEL BARLOW # (SGT. BARLOW, WAS THE SUPERVISOR ON THE SCENE).

STATEMENT OF WITNESS 006- EFFREM BUCCI- # (PTLM. BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE).

INVESTIGATIVE NARRATIVE - CONTINUED

THE FOLLOWING IS A CONDENSED VERSION OF THE INTERVIEW, THE SUSPECT WAS ASKED TO IDENTIFIED HIMSELF, HE GAVE ME THE NAME IVAN L. MENDEZ, HE ADVISED THE SALVATION ARMY FROM WILMINGTON BROUGHT HIM TO GEORGETOWN, HE STATED HE HAD NOT WORKED IN OVER A MONTH, I DETECTED A SMELL OF ALCOHOLIC BEVERAGES EMITTING FROM HIS BREATH, AND QUESTIONED HIM ABOUT HOW HE COULD BUY ALCOHOL IF HE HAD NO MONEY, HE STATED HE HAD FRIENDS THAT WOULD HELP HIM OUT, HE WAS QUESTIONED ABOUT THE WHEREABOUTS ON 12/21/00 HE STATED I DON'T REMEMBER I WAS DRUNK, I ADVISED HIM A FEMALE HAD BEEN INJURED AT THE EXXON, HE STATED I WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW THE SUSPECT KEPT STATING I DO WHAT I HAVE TO DO TO SURVIVE THE SUSPECT WAS WEARING, BLUE JEANS A DARK BLUE JACKET A GREEN HOODED SWEATSHIRT AND A BLACK MULTISTRIPED SHIRT, THE SUSPECT HAD A THICK BUSHY MUSTACHE AND BUSHY GOATEE, THIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO W/2 PAT BROCKWAY, THE SUSPECT WAS ARRESTED BY PFC-NAAR, FOR TRAFFIC CHARGES (CAPIAS) AND CRIMINAL IMPERSONATION.

STATEMENT OF SUSPECT 002- IVAN L. MENDEZ # (THE SUSPECT WAS INTERVIEWED AT GEORGETOWN P.D, IN REFERENCE TO THE INCIDENT ON 12/21/00, THE SUSPECT WAS READ HIS MIRANDA WARNING AT 18:26 HOURS).

STATEMENT OF WITNESS 007- DAVID NAAR # (PFC-NAAR STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00, THE SUSPECT ADVISED HE LOST HIS I.D. WHEN HE LOST HIS HAT, PFC-NAAR, ASKED HIM WHAT TYPE OF HAT HE LOST AND THE SUSPECT STATED A BLACK KNIT HAT, THIS TYPE OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT HAVING ONE ON THE EVENING THE INCIDENT OCCURRED).

CRIMES AND ASSOCIATED INFORMATION

WITNESS INFORMATION # (SEQUENCE # 01), (TYPE # WITNESS), (NAME # RODENBOUGH JOHNS), (SEQUENCE # 02), (TYPE # WITNESS), (NAME # BROCKWAY PAT), (TYPE # PERSON CONTACTED), (NAME # WILSON EDWARD R.), (SEQUENCE # 04), (TYPE # WITNESS), (NAME # PFASTER LONNIE), (SEQUENCE # 05), (TYPE # WITNESS), (NAME # BARLOW MICHAEL), (SEQUENCE # 06), (TYPE # WITNESS), (NAME # BUCCI EFFREM).

INVESTIGATIVE NARRATIVE # (THE VICTIM WAS BEING QUESTIONED BY PTLM BUCCI, UPON MY ARRIVAL I WAS ADVISED THE ONLY DESCRIPTION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT).

INVESTIGATIVE NARRATIVE CONTINUED

NO BLOOD ON THE SIDEWALK THE VICTIM HAD WALKED DOWN TO GET HELP I THEN RESPONDED TO THE HOSPITAL AND MET WITH THE VICTIM AND OBTAINED A STATEMENT DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR HER INJURY I WILL FOLLOW UP WITH HER ON A LATER DATE TO CONFIRM THE FACTS IN HER STATEMENT, THE LACERATION WAS 2 1/2 INCHES DEEP BY 2 INCHES WIDE THE LACERATION DID NOT HIT ANY VITAL ORGANS.

STATEMENT OF VICTIM 001- LATISHA REED # (THE VICTIM STEPPED OUT OF HER VEHICLE, THE SUSPECT APPROACHED FROM THE REAR OF THE STORE AND ADVISED HER TO GIVE ME ALL YOUR MONEY, THE SUSPECT THEN HIT HER IN THE LOWER BACK AND PUNCHED IN THE FACE AND TOOK HER MONEY. THE VICTIM STATED, I GUESS WHEN HE HIT ME IN THE BACK IN THE BACK IS WHEN HE STABBED ME I DIDN'T EVEN KNOW AT FIRST I HAD BEEN STABBED, THE VICTIM DESCRIBED THE SUSPECT AS A WHITE MALE, APPROXIMATELY 6 FEET TALL, WITH A THICK BLACK MUSTACHE, THE ONLY CLOTHING DESCRIPTION THE VICTIM COULD OFFER WAS A BLACK KNIT HAT ON HIS HEAD; AFTER THE SUSPECT TOOK THE VICTIM'S PROPERTY HE FLED BEHIND THE EXXON).

CRIMES AND ASSOCIATED INFORMATION

STATUS # (ADULT ARREST # 12/26/00).

INVESTIGATIVE NARRATIVE # (ON 12/26/00, THE VICTIM LOOKED AT THE PHOTO LINEUP, AND POINTED TO THE SUSPECT AND STATED THAT'S HIM, I THEN SHOWED HER A FULL LENGHT PHOTOGRAPH OF THE SUSPECT AND SHE STATED THE ONLY THING MISSING IS THE BLACK KNIT HAT I ASKED THE VICTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT HAD ATTACKED HER AND TAKEN HER MONEY AND SHE STATED I'M POSITIVE, W/2 PAT BROCKWAY, STATED THAT HE [illegible] DID NOT RECOGNIZE ANY OF THE FACES, I THEN HELD THE FULL LENGHT PHOTOGRAPH UP WITH MY THUMB OVER THE SUSPECT'S FACE AND W/2 BROCKWAY, STATED THAT THE CLOTHING THE SUSPECT HAD ON WAS THE EXACT SAME CLOTHES HE HAD ON 12/21/00, PFC-CONSULGRA AND MYSELF LOCATED ON THE SUSPECT'S LIVING AREA ONE PAIR OF CLIPPERS WITH A 2 INCH KNIFE BLADE WITH THE POSITIVE IDENTIFICATION OF THE SUSPECT FROM THE VICTIM AND THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING I PREPARED AND SIGNED A WARRANT FOR THE CHARGES CONTAINED ON THIS REPORT, I SERVED THE WARRANT ON THE DEFENDANT AND READ THE DEFENDANT HIS MIRANDA RIGHTS.

MEDICAL REPORTS

PROGRESS NOTES

DATE # (12/22/00).

IN PLACE # (PATIENT STATES TO HAVE PROBLEMS WITH MOTHER'S BOYFRIEND).

HISTORY AND PHYSICAL ORIGINAL

CHIEF COMPLAINT # (18 YEARS OLD WHO IS ADMITTED NOW FOR OBSERVATION FOLLOWING AN ASSAULT AND STABBING, PARAMEDICS REPORT THAT WHILE GETTING HER OUT OF HER CAR, SHE WAS ASSAULTED, THE PATIENT WAS REPORTEDLY BEAT ABOUT THE HEAD AND NECK, DURING EVALUATION IN THE FIELD SHE WAS NOTED TO HAVE A STABWOUND OVER THE LEFT BACK, SECONDARY SURVEY DEMONSTRATES EVIDENCE OF A STABWOUND OVER THE LEFT BACK, HEENT # WITH NO EVIDENCE OF SCALP LACERATION, EXAMINATION OF THE FACE DEMONSTRATES NO EVIDENCE OF FRACTURE).

(PLEASE TURN PAGE TO PAGE NUMBER

(PAGE NUMBER VI OF NINE PAGES) MOTORHEAD 318-2001 05/23/07 SEVEN

CONSULTATION

REQUESTED BY # (DR. DOPLER), REASON # (PATIENT STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), DATE OF CONSULTATION # (12/22/00), ASSESSMENT # (PATIENT STATES TO HAVE OTHER PROBLEMS AND DOES NOT REALLY WANT TO TALK TO ME, PATIENT STATES PHYSICAL ABUSE MOTHER REPETITIVE).

HISTORY AND PHYSICAL ORIGINAL

BACK # (DEMONSTRATES 2 CMS. STABWOUND OVER THE POSTERIOR BACK).

TRIAGE NURSING ADMISSION DATA BASE

LMP # (12/19/00), ASSESSMENT OF CHIEF COMPLAINT # (STABWOUND L.P.L CHEST).

SKIN RISK ASSESSMENT

PRESSURE ULCER WOUND RECORD # (2-2 1/2 CMS. STABWOUND TO L.L. CHEST, LEFT UMBILICUS OLD STABWOUND SCABBED, RIGHT WRIST SCRATCH, RIGHT UNDERARM SCRATCH LATERAL).

DISCHARGE PLANNING REFERRAL CRITERIA

DATE AND TIME # (12/21/00, 22:55), HAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS # (YES TEN DAYS AGO FOR STITCHES).

PRIMARY AND SECONDARY SURVEY

INSPECTION, PALPATION, AUSCULTATION # (ABDOMEN FLANKS # LACERATION B FLANK 2 CMS. LONG BY 2 1/2 CMS. DEEP).

EMERGENCY ROOM SUMMARY ORIGINAL

CHIEF COMPLAINT # (THE PATIENT IS AN 18 YEARS OLD WHITE FEMALE).
HISTORY OF PRESENT ILLNESS # (THE PATIENT WAS AT A STORE AND SOME PEOPLE ASSAULTED HER FOR NO APPARENT REASON, SHE SAID SHE WAS HIT ABOUT THE HEAD AND NECK WITH SOME OBJECTS, SHE IS NOT SURE WHICH, NO GROSS SIGN OF HEAD OR FACE TRAUMA, FAMILY HISTORY # REVIEWED BUT OTHERWISE NOT CONTRIBUTORY, HEENT # NO APPARENT GROSS HEAD OR FACE TRAUMA, NO APPARENT SIGN OF TRAUMA ABOUT THE MOUTH NOSE OR EARS).

PATIENT CARE REPORT-PRIORITY-2-ALS-TRANSPORT

CHIEF COMPLAINT # (MY BACK AND FACE HURT).
HISTORY OF CONDITION # (THE PATIENT WAS ASSAULTED IN PARKING LOT BY UNKNOWN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES WALKED INTO STORE AND FOUND SHE HAD BEEN STABBED IN THE BACK).
GENERAL IMPRESSION # (18 YEARS OLD FEMALE SEATED AGAINST OUTSIDE WALL AT A STORE WITH POLICE IN ATTENDANCE), POSTERIOR THORAX # (2-3 CMS. LACERATION TO LOWER LEFT FLANK WITH NOTICEABLE ABRASIONS AND SCRATCHES), EXTREMITIES # (LEFT ARM UNREMARKABLE WITH BRUISING TO A/C AREA), DIFFERENTIAL DIAGNOSIS # (R/O CLOSED HEAD INJURY, R/O INTERNAL TRAUMA SECOND TO KNIFE WOUND).

TRAUMA RECORD

MODE OF ARRIVAL # (ASSAULT # YES), (STABWOUND # YES), (OTHER # THEY BEAT ME UP), (LMP # 12/15/00).

TRIAGE NURSING ADMISSION DATA BASE

LMP # (12/15/00), CHIEF COMPLAINT # (STABWOUND, L.WA), ASSESSMENT OF CHIEF COMPLAINT # (VERBAL, I STOP I GOT OUT OF MY CAR AND THEY BEAT ME UP), (2-2 1/2 CMS. DEEP LAC. X 2 CMS. LONG).

PATIENT CARE REPORT-PRIORITY-2-ALS-TRANSPORT

NARRATIVE # (ARRIVED TO FIND PATIENT IN CARE OF GEORGETOWN P.D, WHO RELATED CIRCUMSTANCES).

# TRANSCRIPTS OF PROCEEDINGS

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

THE COURT # DO YOU HAVE YOUR WITNESSES IN THE COURTROOM, MS. TSANTES # YES YOUR HONOR I SHOULD SAY MY VICTIM WAS SEATED IN THE COURTROOM WHEN MR. MENDEZ WALKED IN TO THE COURTROOM MY WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MS. SAY THE # MR. MENDEZ IS STILL PERPLEXED THAT HE COULD EVER DO SUCH A VILE ACT, THEREFORE HE AGREES THAT HE WOULD LIKE TO ENTER A ROBINSON PLEA THAT ON THE BASIS ON WHETHER OR NOT THE VICTIM WOULD IDENTIFY HIM AND THEY WOULD TAKE HER WORD FOR IT IF SHE IDENTIFIED HIM, MS. TSANTES # ON 12/21/00 AT 6:25 PM, LATISHA REED WAS GETTING OUT OF HER CAR AND AS SHE [illegible] WAS ABOUT TO PROCEED TO WALK AROUND IN THE FRONT OF THE STORE, SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK, THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THAT THE SUBJECT WAS WEARING A BLACK KNIT CAP HAD BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH, WAS UNKEMPT, WAS SMELLY, HAD FACIAL HAIR AND DESCRIBE HIM AS A WHITE MALE WEARING DARK CLOTHES THE PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY, PAT BROCKWAY, THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE HAS IDENTIFIED THE CLOTHING, AND GAVE A PHYSICAL DESCRIPTION OF HIS APPEARANCE AS LATISHA REED HAS ARTICULATED, ON 12/19/00, TROOPER MARTINEZ CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET AND FACIAL HAIR, THAT WAS TWO DAYS BEFORE THIS INCIDENT HAPPENED ON 12/21/00, AND ON 12/25/00, OFFICER NAAR WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION THAT WAS GIVEN BY LATISHA REED OF THE PERPETRATOR, A MAN WEARING DARK CLOTHING WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION AS THE DEFENDANT WAS SEEN WALKING THE WRONG WAY AT NIGHT ON US. 113, HE MADE CONTACT WITH THE SUBJECT DURING THAT ENCOUNTER HE REALIZED MR. MENDEZ WAS INTOXICATED, MR. MENDEZ GAVE A FALSE NAME OF TONY RENE DIAZ, THE CLOTHING HE WAS WEARING WAS VERY SIMILAR TO THE CLOTHING WORN AT THE TIME OF THE ATTACK, THE POLICE PRESENTED THE PHOTO LINE UP TO LATISHA REED IN LESS THAN A MINUTE, SHE PICKED OUT THE DEFENDANT AS THE PERSON THAT STABBED AND ROBBED HER, MR. BROCKWAY WAS UNABLE TO PICK MR. MENDEZ OUT OF THE LINE UP, BUT HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN INTO CUSTODY IN WITH THE FACE COVERED UP AND POSITIVELY IDENTIFIED THOSE CLOTHES, THE STATE BELIEVE THAT IN TRIAL MR. BROCKWAY MAY HAVE BEEN ALSO ABLE TO PICK HIM OUT AS THE PERSON THAT DID THAT AND THE OTHER THING IS THAT ON 12/19/00, DURING THAT CRIME PREVENTION CHECK WITH TROOPER MARTINEZ, MR. MENDEZ ALSO GAVE A FALSE NAME IN THAT ENCOUNTER, ON MR. MENDEZ LIVING PLACE

(PLEASE TURN PAGE TO PAGE NUMBER

MANTERA

(PAGE NUMBER VIII OF NINE PAGES) 3?? - 2007

05/23/07

EIGHT

AMONG THE ITEMS HE HAD WAS A KNIFE, THE STATE WOULD HAVE PRESENTED IT IN EVIDENCE AND IT IS ATTACHED TO LIKE A NAIL CLIPPER, THIS WAS THE KNIFE THERE MS. LATISHA REED, WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER THAT DAY, THE COURT # VERY WELL I HAVE HAD THE OPPORTUNITY TO OBSERVE MR. MENDEZ.

---

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

WHEN MR. MENDEZ ENTERED INTO THE COURTROOM THE WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MR. MENDEZ INDICATED THAT HE WOULD ENTER A ROBINSON PLEA IF THE VICTIM WOULD IDENTIFY HIM, MS. TSANTES, STATED THAT ON 12/21/00 AT 6:25 PM, LATISHA REED EXITED HER CAR AND AS SHE PROCEEDED TO WALK AROUND TO THE FRONT OF THE STORE SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK KNIT CAP WITH BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH AND WAS UNKEMPT, SMELLY WITH FACIAL HAIR, SHE FURTHER DESCRIBED HIM AS A WHITE MALE WEARING DARK CLOTHING PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY PAT BROCKWAY, THAT HE WITNESSED THE ATTACK ON MISS REED, HE IDENTIFIED THE CLOTHING WORN BY THE SUBJECT AND GAVE A DESCRIPTION OF HIS PHYSICAL APPEARANCE AS MISS REED HAD ARTICULATED, AND ON 12/19/00, A POLICE TROOPER CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET WITH FACIAL HAIR, THAT WAS TWO DAYS BEFORE THE INCIDENT WITH MISS REED, AND ON 12/25/00, A POLICE OFFICER WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION GIVEN BY MISS REED, SAW AN INDIVIDUAL WALKING THE WRONG WAY AT NIGHT ON US 113, CONTACT WAS MADE WITH THE SUBJECT WHEN THE OFFICER REALIZED SUBJECT WAS INTOXICATED THE SUBJECT GAVE A WRONG NAME HIS CLOTHING WAS SIMILAR TO THE CLOTHING WORN AT THE TIME OF MISS REED ATTACK, THE POLICE PRESENTED THE PHOTOLINE UP TO MISS REED, IN LESS THAN A MINUTE SHE PICKED OUT MENDEZ AS THE PERSON WHO STABBED AND ROBBED HER, MR. BROCKWAY, WAS UNABLE TO PICK OUT THE DEFENDANT HOWEVER HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ, WAS TAKEN INTO CUSTODY IN WITH HIS FACE COVERED UP AND THIS WITNESS POSITIVELY IDENTIFIED THE CLOTHING, ON MR. MENDEZ HOME AMONG HIS POSSESSIONS WAS FOUND A KNIFE WHICH MISS REED WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER, ON JUDGE STOKES OBSERVATION OF THE DEFENDANT.

---

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

THE COURT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR, MS. SMYTHE # MR. MENDEZ IS INITIALLY FROM MEXICO, HE WILL BE DEPORTED, THERE IS A SPANISH COMMUNITY UP IN WILMINGTON, MS. TSANTES # THE VICTIM LATISHA REED, IS NOT HERE SHE HAS TO WORK TODAY, SHE WAS HERE WHEN THE PLEA WAS TAKEN, ON 12/21/00, LATISHA REED WAS GETTING OUT OF HER CAR AND SHE FELT WHAT FELT TO HER AS A PUNCH IN THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT WEARING A BLACK CAP, THAT SHE DESCRIBES AS A WHITE MALE I BELIEVE WITH FACIAL HAIR AND SHE DESCRIBES HIS CLOTHING AND HE IS DEMANDING MONEY FROM HER, HE TOOK HER MONEY, THERE WAS SOME PASSERBY WHO SAW THE DEFENDANT FLEE BEHIND THE EXXON AND ON 12/25/00, THE POLICE PICKED UP THE DEFENDANT WHO IS WALKING ALONG THE HIGHWAY, HE MATCHES THE PHYSICAL DESCRIPTION THAT WAS GIVEN THAT DAY AND THE POLICE TOOK HIM INTO CUSTODY UNDER THE SUSPICION OF WALKING UNDER THE INFLUENCE, HE GIVES A FALSE NAME THE POLICE DO A PHOTO LINE UP WITH LATISHA REED, THAT IDENTIFIES HIM AS THE PERPETRATOR, IS IMPORTANT FOR THE RECORD TO REFLECT THAT WHEN MR. MENDEZ, APPEARED TO PUNCH LATISHA REED IN THE BACK, WHAT HE ACTUALLY DID WAS STAB HER IN THE BACK PRIOR TO HIM EVEN CONFRONTING HER AND ASKING FOR MONEY, MR. MENDEZ HAS ONLY ONE PRIOR D.U.I CONVICTION, MAY BE A PENDING WARRANT FOR A D.U.I OUT OF STATE, THE VULNERABILITY OF THE VICTIM WHO SIMPLY IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND HERSELF FROM THE STABBING WHEN HE APPROACHES HER FROM THE BACK, THE COURT # MR. MENDEZ IS GOING TO BE DEPORTED, MS. TSANTES # BY THE TIME HE FINISHES THE LEVEL 5 TIME THE I.N.S IS GOING TO DEPORT HIM, I ADDRESS MR. MENDEZ HAS COME AND GONE PRETTY FREELY BETWEEN MEXICO AND U.S.A, YOUR HONOR HE WAS COMPLETELY UNDER THE INFLUENCE WHEN THE POLICE TOOK HIM INTO CUSTODY, THIS WAS A BRUTAL ATTACK, ALL HE NEEDED TO DO IF HE REALLY NEEDED MONEY WAS APPROACH THAT WOMAN AND ASK HER FOR SOME WITHOUT THE USE OF A KNIFE, BUT THE DESCRIPTION OF THE OBJECT USED TO STAB HER WITH WHICH IS INDICATED AS A FINGER NAIL CLIPPER, IT HAS A TWO AND A HALF INCH BLADE THAT COMES OUT AND THAT IS THE OBJECT THE STATE BELIEVES THAT WAS USED TO STAB MS. LATISHA REED, THE VICTIM HAS HAD A CHANCE TO LOOK AT THAT SINCE THIS INCIDENT AND BELIEVES THAT IT'S THE WEAPON USED AGAINST HER, THE COURT # I HAVE OBSERVED THE DEFENDANT, AND THE FACT THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO.

---

U.S. DISTRICT COURT, ANSWER

AT 6:25 PM. ON 12/21/00, LATISHA REED, WAS GETTING OUT OF HER CAR IN ANTICIPATION OF ENTERING THE STORE AT AN EXXON, WHEN SOMEONE APPROACHED HER FROM BEHIND SHE FELT WHAT SHE BELIEVED TO BE A HARD PUNCH IN THE BACK LATER SHE DISCOVERED THAT SHE HAD BEEN STABBED IN THE BACK THE PERSON THEN CAME AROUND TO THE FRONT OF HER BRANDISHING A BLOOD COVERED KNIFE AND DEMANDING ALL OF REED'S MONEY THE ROBBER PUNCHED REED IN THE FACE TOOK HER MONEY AND FLED BEHIND THE STORE, REED DESCRIBED THE ROBBER AS A WHITE MAN WITH BUSHY CURLY HAIR STICKING OUT FROM UNDER A BLACK KNIT CAP SHE TOLD POLICE THAT HE HAD FACIAL HAIR, WAS UNKEMPT, SMELLY AND WEARING DARK PANTS AND JACKET, PAT BROCKWAY WHO WITNESSED THE ATTACK, GAVE A SIMILAR DESCRIPTION OF THE ASSAILANT POLICE ENCOUNTERED SOMEONE FITTING THAT DESCRIPTION ON 12/25/00, WHO WAS INTOXICATED AND WALKING THE WRONG WAY AT NIGHT ALONG US. 113, HE GIVE A FALSE NAME, ON MR. MENDEZ LIVING PLACE AMONG HIS ITEMS HE HAD WAS A KNIFE, REED PICKED MENDEZ PICTURE FROM A PHOTOGRAPHIC LINEUP, MR. BROCKWAY WAS UNABLE TO PICK MR. MENDEZ OUT OF THE LINEUP BUT IDENTIFIED THE CLOTHING HE WAS WEARING.

DISCUSSION # MENDEZ CLAIMS ARE DIFFICULT TO DISCERN BUT LIBERALLY READING HIS PETITION MENDEZ PRESENTS THE FOLLOWING CLAIMS (1).- HE ENTERED THE ROBINSON PLEA ONLY BECAUSE HE WAS SCARED WHEN THE PROSECUTOR SAID THE VICTIM IDENTIFIED HIM AS HER ASSAILANT, (2).- THE STATE COURTS THREW AWAY HIS LETTERS, (3).- THE VICTIM WAS NOT PRESENT AT THE TIME OF THE PLEA TO IDENTIFIED HIM (4).- ACTUAL INNOCENCE BASED ON WITNESSES WHO SAID HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES, (5) INEFFECTIVE ASSISTANCE OF COUNSEL MENDEZ ALSO CHECKED SEVERAL LISTED GROUNDS ON HIS PETITION.

MENDEZ ASSERTION OF ACTUAL INNOCENCE IS BASED ENTIRELY ON HIS REPORT THAT MS. BARBARA TOLD HIM THAT THE WORKERS AT THE STORE TOLD HER THAT HE WAS NOT THE PERSON RESPONSIBLE FOR THOSE CRIMES.

9

---

SUPREME COURT, ORDER

(2).- IN THIS APPEAL MENDEZ COUNSEL ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLY APPEALABLE ISSUES, MENDEZ DID NOT SUBMIT ANY ISSUES TO HIS COUNSEL FOR THIS COURT'S CONSIDERATION (3).-(A) THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW FOR CLAIMS, (B).- THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE WHETHER THE APPEAL IS SO TOTALLY DEVOID (4).- THE COURT HAS REVIEWED THE RECORD CAREFULLY AND HAS CONCLUDED THAT MENDEZ APPEAL IS WHOLLY WITHOUT MERIT AND DEVOID OF ANY ARGUABLE APPEALABLE ISSUE, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE A CONSCIENTIOUS EFFORT TO EXAMINE THE RECORD AND HAS PROPERLY DETERMINED THAT MENDEZ COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

(PLEASE TURN PAGE TO PAGE NUMBER

05/23/07

NINE

SENTENCE

(PAGE NUMBER IX OF NINE PAGES) 316-2001

STATE'S RESPONSE TO RULE 26 (C) BRIEF

(2). ON APPEAL DEFENSE COUNSEL HAS MOVED TO WITHDRAW, (A). THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B). THIS COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE THAT THE APPEAL IS SO TOTALLY DEVOID OF AT LEAST ARGUABLE APPEALABLE ISSUES (3). DEFENSE COUNSEL STATES "I HAVE DILIGENTLY SEARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED ON APPEAL," -(JANUARY 2, 2002, STATEMENT OF COUNSEL), (4). MENDEZ HAS NOT TENDERED ANY ISSUE FOR REVIEW.

I/M Ivan Mendez
SBI# 453351 UNIT S.H.U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.58⁰
MAY 22 2007
MAILED FROM ZIP CODE 19977

U.S. District Court
844 N. King Street
Lockbox 18
Wilmington De.
19801

19801$3550 C012