ART GARANDEL ROCKS

PAGE NUMBER ONE OF DIEZ PAGES

HONORABLE U.S. DISTRICT COURT.
07-339

HONORABLE MASTER, MR. JOSEPH E. FARNAN. 07-340

HONORABLE MASTER, I'm WRITING TO YOU ONCE AGAIN, HOPEFUL THAT I DON'T BOTHER ANY OF YOUR BUSY TIME BUT AS YOU KNOW IT TOO, THAT I HAVE BEEN WRO TEN FOR MY CLASSIFICATION BEFORE, WELL I GOT CLASSIFIED ON (06/22/07), BY THE HONORABLE L.t. SEACORD, AND BY THE HONORABLE COUNSELOR MR. THOMAS ARELLO, WHOM TOLD ME OVER AT THE DISABLED SHOWER SOON AS I FINISHED TO TAKE A SHOWER THAT I CANNOT BE REMOVED TO SoCoL OVER IN GEORGETOWN EVEN IF IT WAS FOR LEGAL MATTERS AND TOLD ME THAT THE ONLY WAY TO SEND ME IS BY TAKING ME OUT FROM PROTECTIVE CUSTODY AND PUT ME IN POPULATION SO THEY CAN MOVE ME TO S&CoL, SO I TOLD THEM THAT IF I GET OUT FROM PROTECTIVE CUSTODY THEY ARE GOING TO HURT ME AGAIN AND THEY TOLD ME THAT THERE'S NOT WAY TO GET REMOVED AND THAT IF I GET OUT FROM PROTECTIVE CUSTODY TO POPULATION THEY ARE GOING TO SEND ME TO POPULATION OVER AT SoCoL IN GEORGETOWN SO I TOLD THEM THAT I NEED TO BE REMOVED TO SoCoL UNDER PROTECTIVE CUSTODY AND THEY TOLD ME THAT THERE IS NOT MORE PROTECTIVE CUSTODY IN SoCoL, SO I TOLD THEM THAT THERE IS IS AND ALSO THEY HAVE SPECIAL ~~THAT~~ CARE UNIT, (S.C.U), WHERE I USED TO BE 4 YRS AGO AND THEY TOLD ME THAT THERE IS NOT MORE S.C.U, SO I TOLD THEM THAT I WAS NOT SUPPOSED TO BE REMOVED FROM SoCoL, BECAUSE I WAS UNDER PUBLIC DETAINER BY THE I.N.S. AND IT WAS A FEDERAL CHARGE AGAINST SoCoL AND THEY TOLD ME THAT THEY UNDERSTAND THAT, BUT I NEED TO BE REMOVED TO POPULATION AND SIGN OUT PROTECTIVE CUSTODY, SO I TOLD THEM THAT I KEEP HERE ON PROTECTIVE CUSTODY AND ALSO I TOLD THEM THAT I WILL SUIT THIS INSTITUTION AGAIN AND THEY DON'T ANSWERED ME NOTHING, AND HONORABLE MASTER OVER HERE ON PROTEC TIVE CUSTODY THAT URINE CAUSED INFECTION ON MY SKIN AND CAUSED SOME SORT OF CUTS, WHICH BLEED AND TAKE TIME TO HEAL, AND ALSO HONORABLE MA STER ON (06/25/07), JUNE TWENTY FIVE OF 2007, THE HONORABLE COUNSELOR MR. THOMAS ARELLO, SENT ME A NOTE SAYING THAT "AS L.t. SEACORD AND I STATED WHEN WE DID YOUR CLASSIFICATION WE CANNOT CLASSIFY YOU TO SoCoL AS LONG AS YOU ARE ON PROTECTIVE CUSTODY, THEY DO NOT HAVE A LONG TERM HOUSING FOR P.C, I WILL TALK WITH MANOLIA ABOUT YOUR LEGAL PAPERWORK I CA NNOT REQUEST YOUR MEDICAL DOCUMENTATION YOU HAVE TO WORK THROUGH MEDICAL FOR THAT" SO AS YOU CAN SEE I HONORABLE MASTER, HOW NOW THEY CLAIM TO HAVE PROTECTIVE CUSTODY OVER AT SoCoL, SO I WROTE TO THEM COMPLAINING AND ASKING FOR A COPY OF MY CLASSIFICATION, SO I WILL SUIT THEM TOGETHER WITH THIS (MANOLIA) ORGANIZATION AS ACCORDING TO MY CLASSIFICATION THEY HAVE

(PLEASE TURN) PAGE TO PAGE NUMBER TWO)

FILED
JUL 13 2007

BALDWIN ALEX ROGERS
(PAGE NUMBER TWO OF DIEZ PAGES)

DISAPPEARED TOO, SPECIAL CARE UNIT (S.C.U.) WHERE BAMBY (SAN EYES) AND CHARMING THINKER BELL (SMURFET) USED TO WORK, SO ALL THIS CRIMINAL ORGANIZATION BETTER DON'T TOUCH OR HURT THOSE TWO ANGELS FROM GOD, OR A SAM ELLIOT (SGT. SAM), OR SGT. PEPPER, OR SGT. NUKER, OR LTL. NANCES WITH WOLES, OR ANY BODY OF THE PEOPLE WHOM SAVED MY LIFE AND HELPED ME WE AT S.C.U. IN GEORGETOWN, LIKE THOSE GOOD HEARTED OLD GENTLEMANS WHICH MANY OTHERS HURT HUMILIATE, DISCRIMINATE AND HAS DONE TOO MUCH EVIL, TO THEM AND OFFEND THEM AND CALLING THEM BAD UGLY NAMES LIKE "**OLD REDNECKS**" AND THEY ARE SO SWEET HEARTED, DECENT GENTLEMANS AS YOU KNOW IT TOO ALL ABOUT IT, AND ALSO I'M SENDING YOU STATE A COUPLE INMATE ACCOUNT STATEMENTS FOR THE TRANSACTIONS : (MENDEZ VS. THIS CRIMINAL ORGANIZATION, 1:07-CV-339), AND (MENDEZ VS. THIS CRIMINAL ORGANIZATION, 1:07-CV-340), AS BY SOMESORT OF CHRIST'S MIRACLE THEY GAVE ME ELEVEN ON (06/15/07), AS YOU KNOW IT TOO ALL ABOUT IT, AND I'M SURE THAT YOU MAY HAVE ON YOUR HANDS THE LETTERS AND THE TWO INMATE ACCOUNT STATEMENTS, SEND IT TO YOU FOR THE SAME TRANSACTION WHICH THEY RETURNED TO ME ON (07/08/07) JULY EIGHT OF 2007, AND WITH OTHER LETTERS (SIX MORE) AND I SEND IT TO YOU AGAIN THROUGH OUR HONORABLE MASTER MR. RICHARD R. STOKES ON (07/09/07) JULY NINE OF 2007, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

" THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION "

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # MR. RICHARD R. STOKES
DATE OF SENTENCE # 06/15/01
NUMBER OF CASE # 318-2001

I/M IVAN MENDEZ

SBI# 453381    UNIT So Hall #18

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.
"X-RAY"

U.S. District Court
844 North, King Street
LocurBox #18
Wilmington Del.
19801